UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GLOCESTER SCHOOL DEPARTMENT

Plaintiff,

v.

KERRY D, as parent and next friend of her son, ROBERT D.

Defendant

C.A. No. 04-497S

RECEIVED SEP 12 2005

## STIPULATION

The within complaint is hereby is dismissed with prejudice.

Plaintiffs
By their attorney

Gregory P. Piccirilli, Esq. #4582
121 Phenix Avenue
Cranston, RI 02920
Phone (401) 946-4900
Fax (401) 944-3250

Dated: 9/9/05

Defendants,
By their attorney,

Edward G. Lawson, Jr., Esq. #0517
260 Lonsdale Avenue
Pawtucket, RI 02860
Phone (401) 725-1810
Fax (401) 725-2244

Dated: 8/22/05

ENTER WAnn
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 9/13/05